October 19, 1979.

423 A.2d 1313

Commonwealth v. Decker, Appellant.

Submitted March 12, 1979.  John J. Moran, II, for appellant;  John C. Uhler, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.